UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ANDERSON,

    Plaintiff,

v.

KRISPY KREME DOUGHNUT
CORPORATION *et al.*,

    Defendants.
_____/

Case No. 3:16-cv-02502
Hon. Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on May 30, 2017, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 30th day of May, 2017.

                                    CLERK OF THE COURT

                                    BY: s/Julie Owens
APPROVED:                             Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION